FILED

MAY 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LIDIA ARACELI ALVARADO ADRIANO,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

No. 26-2176

Agency No. A241-245-828

ORDER

Before: S.R. THOMAS, MILLER, and H.A. THOMAS, Circuit Judges.

The petition for review is untimely because it was filed more than 30 days after the removal order. *See* 8 U.S.C. § 1252(b)(1) ("The petition for review must be filed not later than 30 days after the date of the final order of removal."); *see also Riley v. Bondi*, 606 U.S. 259, 276-77 (2025) (the 30-day filing rule is mandatory though not jurisdictional).

The motion (Docket Entry No. 10) to accept late filing is denied. Even if the 30-day deadline could be equitably tolled, petitioner has not shown grounds for tolling in this case. *See Alonso-Juarez v. Garland*, 80 F.4th 1039, 1047 n.3 (9th Cir. 2023) (declining to address whether deadline may be tolled), *abrogated on other grounds by Riley*, 606 U.S. 259.

The motion (Docket Entry No. 11) for summary disposition is granted. *See*

9th Cir. R. 3-6(a) (standard for summary disposition); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The motion to stay removal is denied.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**